IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHAWN P. SUTTERFIELD                                                    PLAINTIFF

     v.                                  CIVIL NO. 20-3044

ANDREW M. SAUL, Commissioner
Social Security Administration                                         DEFENDANT

## J U D G M E N T

    For reasons stated in the memorandum opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have**

**sixty days from entry of the judgment on the docket in which to appeal.**

    IT IS SO ORDERED AND ADJUDGED this 17th day of March 2021.

/s/   *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE